AMENDED CERTIFICATE OF SERVICE FOR *STRAW v. AVVO* CASE

I, Andrew U. D. Straw, certify that I filed the above **COMPLAINT** with **4 EXHIBITS** and **COVERSHEET** and *IFP* **APPLICATION** with the Clerk of the U.S. District Court for the District of Maine via email on July 25, 2025. The Court is requested to enter these documents, assign a case number, and determine *IFP* so service can be done under 28 U.S.C. 1915(d) and FRCP Rule 4(c)(3). Once a case number is assigned, I will ask Avvo to waive service and if the defendant does so, the Court will not need to.

Respectfully submitted,

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

EXHIBIT LIST

- **EXHIBIT 1** – Arbitration Request Form Submitted by Straw, 9/11/2019
- **EXHIBIT 2** – Straw Statement to JAMS
- **EXHIBIT 3** – Certificate of Service, 9/11/2019
- **EXHIBIT 4** – Indiana Justice Frank Sullivan Letter, 2001