| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | legal@avvo.com; ambikadoran@dwt.com; Andrew Straw; andrewudstraw@gmail.com |
| **Subject:** | Re: NEW CASE FILING |
| **Date:** | Friday, July 25, 2025 6:42:06 AM |
| **Attachments:** | AMENDED CERTIFICATE OF SERVICE 07252025.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

Dear Clerk,

I need to amend the certificate of service for my ***Straw v. Avvo, Inc.***, new case filing.

Attached.

Thank you.


Sincerely,

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**From:** Andrew Straw <andrew@andrewstraw.com>
**Sent:** Friday, July 25, 2025 5:57 PM
**To:** MED_Joint ECF Inbox <MaineECFIntake@med.uscourts.gov>
**Cc:** Andrew Straw <andrew@andrewstraw.com>; legal@avvo.com <legal@avvo.com>; ambikadoran@dwt.com <ambikadoran@dwt.com>
**Subject:** NEW CASE FILING

Dear Clerk of Court,

Please find attached my **COMPLAINT**, **4 EXHIBITS**, **COVERSHEET**, *IFP* **APPLICATION**, and **ECF NOTICE application** for a new lawsuit against Avvo, Inc.

Thank you. I hope this will be the last lawsuit I need to file for a while.

Others pending:

- *Straw v. State of Maine Vocational Rehabilitation*, 1:25-cv-00350-JAW-KFW
  https://www.courtlistener.com/docket/70742846/straw-v-state-of-maine-vocational-rehabilitation/

- *Straw v. U.S. & Philippines*, 2:25-cv-00378
  https://www.courtlistener.com/docket/70866352/straw-v-united-states/

- *Straw v. U.S.*, 2:25-cv-00379-JAW-KFW
  https://www.courtlistener.com/docket/70866674/straw-v-united-states/

One case I filed in this Court this year was **resolved** after *IFP* was granted:

- *Straw v. University of Maine*, 1:25-cv-00325

Thank you.

Sincerely,

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW

**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.