IN THE
# United States District Court
# for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.:   2:25-cv-00391-JAW |
| *Plaintiff,* | ) | |
| | ) | Hon. <u>John A. Woodcock Jr.</u> |
| v. | ) | Judge Presiding |
| | ) | |
| AVVO, INC., | ) | Hon. _____ |
| *Defendant.* | ) | Magistrate Judge Presiding |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 (amended effective 12/31/22), I, ANDREW U. D. STRAW, make the following disclosures:

1. Is the disclosing party a nongovernmental corporate party (or a nongovernmental corporation that seeks to intervene)? [ ] Yes **[X] No**

    If "No," proceed to Question 2. If "Yes," respond to the following: a. Identify any parent corporation and any publicly held corporation owning 10% or more of its stock, or b. State that there is no such corporation.

2. Is the disclosing party either <u>a party</u> or an intervenor in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a)? **[X] Yes** [ ] No

    a. Identify the name—and citizenship—of every individual or entity whose citizenship is attributed to the disclosing party (including all members, submembers, general and limited partners, and corporations) at the time the action was filed in or removed to federal court (or when any

1

later event occurs that could affect the court's jurisdiction under § 1332(a)):

Plaintiff is a party. Plaintiff's name is ANDREW U. D. STRAW. Plaintiff is a <u>citizen of the United States</u> and was <u>born at Camp LeJeune Naval Hospital in the State of North Carolina</u> on 3/19/1969. He lives in <u>the Philippines</u> at this time at the following address: Sitio Boundary, Aniar Residence, Mapaya III Barangay, San Jose, Occidental Mindoro 5101, The Philippines. He is seeking human rights asylum for the disability discrimination he alleges he has suffered repeatedly by U.S. courts, both state and federal. He has been an asylum seeker with his application pending since 2019 and is a POC (Person of Concern) of the Philippines Department of Justice. Here is a CPA letter he has received from RSPPU (PH. DOJ): http://cpa.andrewstraw.com Plaintiff wishes to create a federal human rights and civil rights focused law firm with presence in Maine and the First Circuit and was approved for eligibility for Vocational Rehabilitation services in 2023. *Straw v. State of Maine Vocational Rehabilitation*, 1:25-cv-00350-JAW-KFW (D.Me.) (Dkt. 1-1). He has asked Maine VR to assist him in rehabilitating his legal career and getting his law license in Indiana back to enable him to represent people from Maine before federal agencies, which requires an active in good standing state law license. No help in that regard has yet happened. Andrew U. D. Straw maintains a

mailing address to accept mail inside the USA using PhysicalAddress.com and the address is in Idaho: 9169 W. State St. # 690, Garden City, ID 83714. The last place Straw lived in the USA was **Kane County, Illinois**, which residence he left on **June 14, 2018**. Straw has lived in the Philippines since the day he arrived, **June 15, 2018**. He is still registered to vote in Illinois. Straw is a matriculated graduate student at University of Maine and earned an "A" grade from a Disability Studies graduate level class in 2024. He has not completed any other courses toward that M.A. degree in the PAX program. Straw's focus as a lawyer has been disability rights for many years and also he serves as an advocate for [Children of Camp LeJeune](). He founded a political party in the USA in 2013 while he was living in Illinois: [Disability Party](). This party has thousands of followers across many U.S. states and even more in other nations. The [ABA labeled Straw]() a "political advocate for people with disabilities" in its [Spotlight]() on him as a disabled lawyer and advocate for the month of January, 2014. The [Illinois Court of Appeals]() (at *2) labeled Straw as "a public figure who works on disability rights issues." Straw thus has done business in Maine for the past year, including a lawsuit to protect his rights, now resolved, and was admitted 2 years ago to begin coursework. Straw has several cases pending before this Court with the following case numbers: 1:25-cv-00350, 2:25-cv-00378, 2:25-cv-379. Resolved case: 1:25-cv-00325.

Plaintiff acknowledges a continuing obligation to "promptly file a supplemental statement if any required information changes." Fed. R. Civ. P. 7.1(b)(2).

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: <mark>July 25, 2025</mark>.

        Respectfully,

        */s/ Andrew A. D. Straw/*

        s/ ANDREW U. D. STRAW
        MAILING ADDRESS:
        9169 W State St #690
        Garden City, ID. 83714
        Telephone: (847) 807-5237
        andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **FRCP RULE 7.1 DISCLOSURE STATEMENT** with the Clerk of the U.S. District Court for the Northern District of California by email on July 25, 2025. I provided a courtesy copy to the legal department of Avvo on the same date: legal@avvo.com.

                                          Respectfully submitted,

                                          *[signature]*

                                          s/ ANDREW U. D. STRAW
                                          MAILING ADDRESS:
                                          9169 W State St #690
                                          Garden City, ID. 83714
                                          Telephone: (847) 807-5237
                                          andrew@andrewstraw.com