IN THE
# United States District Court
## for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.: 2:25-cv-00391-JAW |
| *Plaintiff,* | ) | |
| | ) | Hon. <u>John A. Woodcock Jr.</u> |
| v. | ) | Judge Presiding |
| | ) | |
| AVVO, INC., | ) | Hon. _____ |
| *Defendant.* | ) | Magistrate Judge Presiding |

### NOTICE RE: RULE 7.1 DISCLOSURE STATEMENT

I, plaintiff ANDREW U. D. STRAW, make the following NOTICE:

1. I provided the information in the Rule 7.1 NOTICE and I consent to my own personal information being in that notice. No other person's personal information is provided. All of that information is public knowledge and I have no concern with it being public in this lawsuit.

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: July 25, 2025.

Respectfully,

*/s/ Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

1

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **NOTICE** with the Clerk of the U.S. District Court for the Northern District of California by email on July 25, 2025.

> Respectfully submitted,
>
> *[signature: Andrew U. D. Straw]*
>
> s/ ANDREW U. D. STRAW
> MAILING ADDRESS:
> 9169 W State St #690
> Garden City, ID. 83714
> Telephone: (847) 807-5237
> andrew@andrewstraw.com