| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | Andrew Straw; andrewudstraw@gmail.com; ambikadoran@dwt.com; legal@avvo.com |
| **Subject:** | FILING: NOTICE, Straw v. Avvo, Inc, 2:25-cv-00391-JAW (D.Me.) |
| **Date:** | Friday, July 25, 2025 1:16:18 PM |
| **Attachments:** | NOTICE RE FRCP R7.1 DISCLOSURES STRAW v AVVO 07252025.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

RE: *Straw v. Avvo, Inc.*, 2:25-cv-00391-JAW (D.Me.)

Dear Clerk of Court,

Please find attached my NOTICE filing.

Sincerely,

*[signature]*

ANDREW U. D. STRAW

**PHILIPPINES ADDRESS**

Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**

9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Case 2:25-cv-00391-JAW   Document 9-1   Filed 07/25/25   Page 2 of 2   PageID #: 53