IN THE<br/>
United States District Court<br/>
for Maine

| | | | |
|---|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.: | 2:25-cv-00391-JAW |
| *Plaintiff,* | ) | | |
| | ) | Hon. <u>John A. Woodcock Jr.</u> | |
| v. | ) | Judge Presiding | |
| | ) | | |
| AVVO, INC., | ) | Hon. _____ | |
| *Defendant.* | ) | Magistrate Judge Presiding | |

## LIS PENDENS NOTICE

I, ANDREW U. D. STRAW, make the following NOTICE:

1. I have filed a lawsuit against the State of Indiana for ADA Title II "deliberate indifference."

2. The case citation is *Straw v. Indiana*, 53C06-2507-PL-002095 (Monroe Cty. Cir. Ct. #6).

3. I have also placed a copy of the filed COMPLAINT in that case on my Academia.edu account:

4. https://www.academia.edu/143146356/COMPLAINT_FOR_ADA_TITLE_II_DELIBERATE_INDIFFERENCE_MONROE_COUNTY_INDIANA_CIRCUIT_COURT_6_7_29_2025

5. I include a copy here as **Exhibit 1**.

6. I inform the Court because I have asked the Court to recognize the VSB ORDER as last in time final and this is on a closely related matter.

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: July 29, 2025.

>Respectfully,
>
>*[signature: Andrew U. D. Straw]*
>
>s/ ANDREW U. D. STRAW
>MAILING ADDRESS:
>9169 W State St #690
>Garden City, ID. 83714
>Telephone: (847) 807-5237
>andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **LIS PENDENS NOTICE** with the Clerk of the U.S. District Court for Maine by email on July 29, 2025. I provided a courtesy copy to the legal department of Avvo on the same date: legal@avvo.com.

        Respectfully submitted,

        s/ ANDREW U. D. STRAW
        MAILING ADDRESS:
        9169 W State St #690
        Garden City, ID. 83714
        Telephone: (847) 807-5237
        andrew@andrewstraw.com

**EXHIBIT LIST**

- **EXHIBIT 1** – COMPLAINT, filed in *Straw v. Indiana*, 53C06-2507-PL-002095 (Monroe Cty. Cir. Ct. #6)