IN THE
# United States District Court
# for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.:　2:25-cv-00391-JAW |
|    *Plaintiff*, | ) | |
| | ) | Hon. <u>John A. Woodcock Jr.</u> |
| v. | ) | Judge Presiding |
| | ) | |
| AVVO, INC., | ) | Hon. _____ |
|    *Defendant*. | ) | Magistrate Judge Presiding |

### MOTION TO NOTICE STRAW PETITION TO VSB

I, plaintiff ANDREW U. D. STRAW, make the following MOTION:

### FACTS

1. I have a motion pending at **Dkt. 10** to recognize the VSB exoneration of me as the binding precedent and true and correct on the facts of that matter.

2. However, VSB is now requested to give me disability status instead of accepting my resignation when I had never had any sanction on me. The facts are well explained in my PETITION, which is **Exhibit 1** here.

WHEREFORE, I MOVE the Court to NOTICE the PETITION given its relevance to the Dkt. 10 pending motion.

1

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: July 31, 2025.

        Respectfully,

        s/ ANDREW U. D. STRAW
        MAILING ADDRESS:
        9169 W State St #690
        Garden City, ID. 83714
        Telephone: (847) 807-5237
        andrew@andrewstraw.com

**CERTIFICATE OF SERVICE**

I, Andrew U. D. Straw, certify that I filed the above **MOTION FOR JUDICIAL NOTICE** and **EXHIBIT 1** with the Clerk of the U.S. District Court for the Northern District of California by email on <mark>July 31, 2025</mark>.

    Respectfully submitted,

*/s/ Andrew U. D. Straw/*

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

**EXHIBIT LIST**

- **EXHIBIT 1**: PETITION BY ANDREW U. D. STRAW TO VSB