**IN THE**

# 𝔙𝔦𝔯𝔤𝔦𝔫𝔦𝔞 𝔖𝔱𝔞𝔱𝔢 𝔅𝔞𝔯

---

|  |  |  |
|---|---|---|
| IN RE: ANDREW U. D. STRAW, | ) | |
| *Petitioner.* | ) | |
| | ) | VSB Atty No: 43651 |

### PETITION TO AMEND LAW LICENSE REQUEST TO RESIGN *NUNC PRO TUNC* TO A REQUEST TO PUT THE LICENSE INTO DISABILITY STATUS

I, Andrew U. D. Straw, petitioner, hereby request my 2021 resignation to be amended *nunc pro tunc* to **a request for disability status**, since I am disabled, as an accommodation under ADA Title II and regulations:

### FACTS

1. The Indiana Supreme Court suspended me in 2017 and has left that suspension in place despite scores of protests by me that it is disability discrimination literally from Coast to Coast, as evidenced both in my Facebook case, my LinkedIn case, and my cases in Maine. The dockets appear in these Courtlistener.com entries:

2. https://www.courtlistener.com/docket/69430377/straw-v-facebook/ (2024)

3. https://www.courtlistener.com/docket/66619947/straw-v-linkedin-corp/ (2023)

4. https://www.courtlistener.com/docket/70866674/straw-v-united-states/ (2025)

5. https://www.courtlistener.com/docket/70866352/straw-v-united-states/ (2025)

6. https://www.courtlistener.com/docket/70742846/straw-v-state-of-maine-vocational-rehabilitation/ (2025)

7. https://www.courtlistener.com/docket/70915481/straw-v-avvo-inc/ (2025)

1

8. Also, I have sued Indiana for deliberate indifference under ADA Title II and this appears in the federal case docket for *Straw v. Avvo, Inc*, as a *lis pendens* matter:

9. https://www.courtlistener.com/docket/70915481/11/1/straw-v-avvo-inc/

10. During the course of the Indiana disciplinary process, the Indiana Attorney Disciplinary Commission offered me to have NO SANCTION and for the process to end if I would accept "disability status." Straw v. LinkedIn, **Dkt. 22-15**, **paragraph 58** ADMISSION:

11. https://www.courtlistener.com/docket/66619947/22/15/straw-v-linkedin-corp/

12. As you might imagine after the defenses I had erected that it was disability discrimination, to have my license in Indiana put into that status felt like an affront, an attack, not an accommodation. It felt "lesser than."

13. Imagine if a lawyer was Black and had to accept "Black status" with no ability to use the license. Or same for a woman or a Jew or Muslim. Disability is a civil rights category as well as a human rights category, so the status is not neutral, but loaded and can be painful, as I learned. This was all FIRST IMPRESSION for me and a learning experience.

14. I paid the costs of the Indiana process that was imposed on me **after I rejected "disability status" in Indiana**. That cost was $419.40 in 2021, which I paid in 2021 with my Biden stimulus check since my only regular income was SSDI at that time. It still is my income source in 2025, and I live below the U.S. HHS poverty line for a household size of 2.

2

15. Thus, if I had chosen to have **"disability status" in Indiana**, I would have had the money to pay my **active law license fee** in Virginia in 2021.

16. Further, I took my Virginia license out of disability status in **2016** with the help of VSB's executive director, who interviewed me and allowed me to have an active license again. I explained to her what Indiana was doing to me. She knew. My active law license was a snub to what Indiana was doing to me and this cannot be denied. So it makes sense that VSB rejected the Indiana discipline with such strong words the very next year in 2017. Straw v. LinkedIn, **Dkt. 20-21**:

17. https://www.courtlistener.com/docket/66619947/22/21/straw-v-linkedin-corp/

18. So, the same year Indiana was offering to put me **INTO** disability status to avoid suspension, 2016, VSB was letting me **OUT** of disability status but I had to pay the fees, which were high for me on SSDI.

19. In all reality, I am disabled. I am on SSDI for a reason. I have disabilities from Camp LeJeune poisoning, which gave me the mental illnesses Indiana used to attack me (Straw v. LinkedIn, Dkt. 22-6) and also killed my mother. I have disabilities from the reckless driver who broke my legs and pelvis as I drove to the Indiana Supreme Court to work. I BECAME physically disabled serving over 400 Indiana courts, including the highest court and the highest officer, the Chief Justice of Indiana, who decided to hire me in 2000, the same year a psychologist in Virginia diagnosed me with autism and schizophrenia, not just bipolar. All of these are directly the result of Camp LeJeune toxic water.

20. My new law license in Indiana was encumbered in 2002 based on my Camp LeJeune disability and this is indisputable and in my <u>Straw v. LinkedIn</u> case record at **Dkt. 22-38**:

21. https://www.courtlistener.com/docket/66619947/22/38/straw-v-linkedin-corp/

22. I was also disabled by the 9/11 toxic dust in NYC because I was there and I got the expected conditions from it, like COPD and stomach and throat and lung problems. Despite being clearly eligible, VCF.gov denied me the benefit on May 15, 2025. I never seem to get a break. I lost $400,000 in value because the reckless driver in Indiana only had $100,000 in insurance and the injury was worth $500,000 according to my lawyer, Samuel Ardery of Bloomington. So, I ==PAID $400,000 in lost damages to get less than $100,000 in salary== from the State of Indiana I was serving when the wreck happened.

23. My disabilities are from public service for the most part. It is embarrassing to me that I keep having to deal with disability related to my law licenses in any negative sense.

24. I should be ***hired by some court*** to help with ADA enforcement, not treated as an unethical pariah for using the ADA in federal court. I have special, unique experience that makes me so very qualified to do that, but I would need accommodations.

25. I was so upset by Indiana offering me "disability status" as an alternative to severe discipline, suspension for 8.5 years after all on a 180-day suspension. Disability status is not supposed to be a punishment, an alternative to shut

4

down a lawyer who has made unwelcome arguments in federal court. Even the ADA lets a person allege discrimination once they prove they are disabled. ADA Title II. 42 U.S.C. Section 12132 & **12133**. Alleging is allowed but I lost my Indiana license for 8.5 years for doing **precisely that** either for myself or someone else.

26. I was still upset when my bar fees came along later in 2021 in Virginia. It galled me severely to go back ***into*** disability status because I had just paid $419.40 in Indiana to pay for a suspension process I could have avoided with disability status in Indiana.

27. It should not be any surprise that I made the severe mistake under those unique conditions to **avoid disability status** in Virginia when it was either that or have my license yanked for not paying the fee.

28. **My mistake.** But one can forgive me that mistake, I think, by seeing the whole situation as it was.

29. **I should have asked for disability status**, but the way it was being used in Indiana was ***affecting my judgment***, galling me, hurting me with it, humiliating me.

30. To say either "disability status" or endless suspension is a false choice. Indiana should not have sanctioned me at all since all I did was file federal lawsuits with **disability rights theories** as a **disabled lawyer and citizen**.

31. I hope VSB will see how I was not just under duress because of poverty but because of the way Indiana was **==misusing "disability status"==** on my law license, twisting my arm in that fashion to force me into it.

32. I felt forced when my bar fees were due in Virginia. It felt the same. Indiana took my money that I would have used for that VSB license and left me unable to pay VSB and facing either *yanking my license* with severe humiliation at my impoverished state or **resign it with some kind of dignity** because the reasons were so legitimate. Two federal courts said I could resign my law license under protest. Then, the 7th Circuit said I could NOT resign a suspended license. <u>Straw v. U.S. District Court</u>, 18-2192 (7th Cir. 2018). It also said I had no right to any hearing before having 4 federal law licenses revoked, that I had to rely on the bogus process Indiana doled out to me. <u>Straw v. U.S. District Court</u>, 17-2523 (7th Cir. 2017).

33. All of that represented a **==great deal of stress and confusion==** for me, yes, as a disabled lawyer with emotional problems. I hope VSB considers that as it makes the decision I request now.

WHEREFORE, given this was ***my mistake*** under the duress Indiana caused to make me **avoid disability status as a label of oppression**, I hope VSB will let me, *nunc pro tunc*, amend my resignation request to be **==a request for disability status==**, which I had for many years through 2016, as VSB can verify. It was ***my mistake***, not VSB's mistake, buy a mistake **closely intertwined with disability** and how Indiana was treating me as a disabled lawyer. But I did mention my duress in the resignation and

6

this should have made the request **not valid for that purpose**. If I had a gun to my head saying resign, you would not accept that as a real resignation either. So, to avoid the financial problem, I must ask VSB for disability status because this license means so much to me. I went through a lot to have it. I PETITION VSB to **amend my resignation** for the reasons given above and put my 43651 VSB law license into **disability status as of the date of the resignation acceptance in 2021,** until I am recovered or rehabilitated enough to have it back in active status again. Thank you all for considering this accommodation under ADA Title II, to avoid the discrimination that Indiana has foisted on me for many years. I no longer see "disability status" as a badge of oppression and shame. It is a reprieve that allows me to recover with less stress and without the catastrophe of losing my first law license, earned while I was working for a Virginia billionaire, Alan M. Voorhees, in 1999.

I, Andrew U. D. Straw, verify that the above statements and conclusions and URL exhibits and exhibits are made in good faith, are true and correct under penalty of perjury, and I arrived at them after inquiries reasonable under the circumstances.

July 30, 2025

Sincerely,

s/ Andrew U. D. Straw
USA MAILING ADDRESS (PhysicalAddress.com)
9169 W State St # 690
Garden City, ID 83714
(847) 807-5237
andrew@andrewstraw.com

PHYSICAL RESIDENCE:
Sitio Boundary, Aniar Residence
Mapaya III Barangay
San Jose, Occidental Mindoro 5101
The Philippines
+63-956-892-6403
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, hereby certify that on this <mark>30th day of July, 2025</mark>, the foregoing **PETITION** was served upon the VSB by email to membership@vsb.org and clerk@vsb.org and a courtesy copy to the counsel that has been representing VSB, Ms. Erin McNeill, also via email at emcneill@oag.state.va.us.

Respectfully submitted,

s/ Andrew U. D. Straw
USA MAILING ADDRESS (PhysicalAddress.com)
9169 W State St # 690
Garden City, ID 83714
(847) 807-5237
andrew@andrewstraw.com

PHYSICAL RESIDENCE:
Sitio Boundary, Aniar Residence
Mapaya III Barangay
San Jose, Occidental Mindoro 5101
The Philippines
+63-956-892-6403
andrew@andrewstraw.com

www.andrewstraw.com