| | |
|---|---|
| From: | Andrew Straw |
| To: | MED_Joint ECF Inbox |
| Cc: | legal@avvo.com; ambikadoran@dwt.com; Andrew Straw; andrewudstraw@gmail.com |
| Subject: | FILING: RESPONSE with 1 EXHIBIT, Straw v. Avvo, Inc., 2:25-cv-00391-JAW-KFW (D.Me.) |
| Date: | Saturday, August 2, 2025 7:35:01 AM |
| Attachments: | image.png<br>RESPONSE_08022025.pdf<br>Ex1 - CPA & Ind.BI.Andrew Straw.2025.pdf |
| Importance: | High |

**CAUTION - EXTERNAL:**

FILING: **RESPONSE** with **1 EXHIBIT**

Case: *Straw v. Avvo, Inc.*, 2:25-cv-00391-JAW-KFW (D.Me.)

https://www.courtlistener.com/docket/70915481/straw-v-avvo-inc/



STRAW v. AVVO INC, 2:25-cv-00391 - CourtListener.com

Docket for STRAW v. AVVO INC, 2:25-cv-00391 — Brought to you by Free Law Project, a non-profit dedicated to creating high quality open legal information.

www.courtlistener.com

Dear Clerk of Court,

Please find my **RESPONSE** with **1 EXHIBIT** attached for filing.

Thank you.

Sincerely,

*Andrew U. D. Straw* (signature)

Andrew U. D. Straw
**HOME (PH)**
Sitio Boundary
Brgy Mapaya III

San Jose

Occidental Mindoro 5101

The Philippines

(63) 956-892-6403 (Cell)

andrew@andrewstraw.com

**USA MAILING ADDRESS**

9169 W. State ST, STE 690

Garden City, ID 83714-1733

Mobile Phone: (847) 807-5237

andrew@andrewstraw.com

http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.