IN THE

# United States District Court
# for Maine

| | | | |
|---|---|---|---|
| ANDREW U. D. STRAW,<br>　*Plaintiff,* | ) <br> ) <br> ) | Case No.: | 2:25-cv-00391-JAW |
| | ) | Hon. <u>John A. Woodcock Jr.</u> | |
| v. | ) <br> ) | Judge Presiding | |
| AVVO, INC.,<br>　*Defendant.* | ) <br> ) | Hon. _____<br>Magistrate Judge Presiding | |

## MOTION TO TAKE JUDICIAL NOTICE OF CASES IN WHICH PLAINTIFF RECEIVED SETTLEMENT, NOT "FRIVOLOUS" AS THE OUTCOME

I, plaintiff ANDREW U. D. STRAW, make the following MOTION:

### FACTS

1. The Magistrate Judge has proverbially poked her finger in plaintiff's eye, implying that my past use of the federal and state courts were only to promote frivolous causes.

2. That's simply not true and there is currently no document in a federal court docket that lists how many cases have settled with me receiving money and other benefits. I consider the Magistrate Judge's suggesting I am a "serial filer" to be a challenge and I meet that challenge with facts now.

3. The vast majority of the cases I have filed have dealt with various aspects of my former employer, Indiana Supreme Court, imposing illegitimate suspension on me and causing me to go on a wild goose chase across the country and various circuits dealing with the impacts. *See*: http://all.andrewstraw.com

1

4. It is also true that many of my cases dealt with the poisoning of my family from Camp LeJeune and I litigated that to the hilt because this killed my mother and left me with 6 mental illness conditions and no relief, no health care, no compensation. I had to advocate along with the other victims for years, contacting every office of U.S. representative and U.S. senator to get Camp LeJeune Justice Act passed. Don't blame me, please, for having to be an advocate and law reformer when courts would not provide justice to us victims.

5. These are cases and controversies in which I received a positive outcome:

**FEDERAL LAWSUITS**

6. *Straw v. ABA*, 18-1795 (7th Cir. 2018) (==SETTLED== June 2018)

7. *Straw v. South Bend City of, Buttigieg*, 3:16-cv-00342-JD-MGG (N.D. Ind.) (==SETTLED== with FHWA supervision for South Bend for years to come)

8. *Andrew Straw v. Village of Streamwood, et al*, 17-1867 (7th Cir.) (Kane County ==SETTLED== for leaving a huge snow pile in its handicap space at the election office)

9. *Straw v. American Bar Ass'n Section of Legal Ed. and Adm. to the Bar et al*, 1:14-cv-05194-TMD, 2015 WL 602836 (N.D. Ill.) – While I lost this case in Chicago on standing grounds, ==Harvard Law School== informed me later that afterwards, it started informally collecting statistics on disability which allowed it to find that its students have mental health problems, like me. I take credit for the reform. ABA should change its Form 509. I am still right. But Indiana used this case as part of its suspension of me. So very wrong:

10. https://abovethelaw.com/2019/12/mental-health-issues-take-center-stage-at-harvard-law-school/

11. *Straw v. Elgin Housing Authority*, 18-1073 (7th Cir.) (Withdrawn when public housing replaced all the fire alarms so they would not keep going off when residents burned their food, causing me to have migraine headaches. I consider that replacement of the fire alarms to be a SETTLEMENT in my favor).

12. *Straw v. U.S. Dept. of Educ.*, 1:18-cv-907 (D.D.C.) – SETTLEMENT w ABA 6/2018

13. *Straw v. Dentons*, 1:20-cv-3312-CM, 2020 WL 3962067 (S.D.N.Y. 2020) (RECUSAL) While I lost the case, I was able to establish that a former USMC JAG officer serving as my judge needed to recuse and I considered that a victory because judges don't often recuse.

14. *Straw v. LinkedIn Corp*, 5:22-cv-7718-EJD (N.D. Cal. 2023) (SETTLED)

15. *Straw v. Univ. of Maine*, 1:25-cv-325-JAW-KFW (D.Me. 2025) (RESOLVED)

16. *In re: Application for Exemption from Electronic Public Access Fees by Andrew U. D. Straw*, 21-MISC-10 (4th Cir. 9/27/2021) (GRANTED through 6/30/2022))

17. *Andrew U. D. Straw*, 20-465-ELG (D.DC 4/24/2021), filed 12/1/2020 BANKRUPTCY GRANTED

18. *Straw v. Aon*, 2:19-cv-598 (D.UT 11/7/2019) SETTLED (Insurance settled after not wanting to do business with me in Virginia because of Indiana's suspension even when Virginia rejected that suspension).

19. One of my most shocking "victories" was when I called out the due process and dishonesty problems in the Midwest, including the 7th Circuit with my petition for writ of certiorari, *extremely compelling facts*, and the Indiana Supreme Court could not oppose what I was saying and so simply remained silent with its waiver:

20. UNOPPOSED PETITION:

21. https://www.supremecourt.gov/DocketPDF/17/17-8005/37965/20180307105844473_00000007.pdf

22. WAIVER BY INDIANA SUPREME COURT (SILENCE):

23. https://www.supremecourt.gov/DocketPDF/17/17-8005/42075/20180403125725368_SCOUT%20Waiver%2017-8005.pdf

24. The same thing happened when I tried to appeal my suspension in Indiana. My version of the facts is unopposed in U.S. Supreme Court Docket 16-1346:

25. UNOPPOSED PETITION IN DOCKET:

26. https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/16-1346.html

27. The same thing happened in 17-8426, PETITION and WAIVER:

28. https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/17-8426.html

29. The same thing happened when I appealed from the 7th Circuit refusal to deal with my illegal suspension, 17-6812, PETITION and WAIVER:

30. [https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/17-6812.html](https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/17-6812.html)

31. Every single time I petitioned the U.S. Supreme Court, about 13 times, it had something to do with this Indiana matter in one way or another, including how Indiana attacked my mental illness from Camp LeJeune and accused me falsely of frivolous cases. I wasted so much time and energy with no positive outcome except being able to have ==a record of me making petitions with factual statements under oath and my opponents simply filing waivers, not challenging what I say==.

32. ==Successful FOIA requests== on disability topics:

    a. FOIA – AUDS DOJ RESPONSE RE ADA STATISTICS – **16-00163-F Response**: cases per year taken up by DOJ.

    b. FOIA – U.S. Treasury: no study on SSDI and FICO credit scores. **2014-03-089**.

33. ==New Zealand divorce==:

34. *Applicants Voci & Straw*, 2012-012-000697 (NZ Family Ct. 8/17/2012) – ==GRANTED==.

35. Philippines has kept me in ==asylum seeker status== with CPA letters from 2019 to 2025: http://cpa.andrewstraw.com

36. U.S. Department of Education ==GRANTED student loan forgiveness== due to SSDI in 2017, final in 2020.

## STATE LAWSUITS AND AGENCY ACTIONS

37. *Straw v. Streamwood Chamber, et. al.*, 13-L-063066 (Cook Co. Cir. Ct.);

    *Straw v. Streamwood Chamber, et. al.*, [2015 IL App (1st) 14-3094-U](), 2015 WL 5725222. While I lost this case, I was able to demonstrate that my village in Cook County, Illinois, lacked about 150 handicap spaces in business parking lots, as my efforts caused an audit by the Village verifying that I was right. Also, this is the case where the Illinois Court of Appeals adjudicated me as, "a public figure who works on disability rights issues." To me, that one sentence was worth more than the damages I claimed and didn't get.

38. *Illinois v. Reposteria*, 2022-CH-01627 (Cook Co. Cir. Ct. 2022) (filed by IL AG) Resulted in a $250 judgment that was paid to me 7 years after I made the Illinois Human Rights Act complaint about snow piled in handicap parking.

39. *Straw v. Gerhardt*, 2017-L-063135 (Cook Co. Cir. Ct.) – I had about 20 different IHRA complaints with the IHRD for handicap parking being filled with snow. My lawyer was disbarred and didn't tell me, causing me to lose many of these even though I documented with photographs the snow piles in the handicap parking, just like with Kane County, above. Here are the cases I lost:

    a. 2015CP3542, *Straw v. Payless*;
    b. 2015CP3543, *Straw v. Home Depot*;
    c. 2015CP3546, *Straw v. O'Reilly Auto Parts*;
    d. 2015CP3548, *Straw v. Petsmart*;
    e. 2015CP3550, *Straw v. Target*;
    f. 2015CP3551, *Straw v. Super Target*;
    g. 2015CP3552, *Straw v. Premier Furniture*;
    h. 2016CP1226, *Straw v. National Shopping Plaza*

40. I had multiple settlements under Illinois Human Rights Act, including several fast food restaurants, a medical lab, a bank, a grocery store, and others. These were all prior to my moving to the Philippines.

41. *R v. M*, (ICRC 2013) (SETTLED)

42. *Aladean DeRose v. Andrew Straw*, 71D07-1611-PL-000418 (St. Jos. Co. Sup. Ct. #7) (counterclaim SETTLED with payment to Andrew Straw of $12,500)

43. *STRAW, ANDREW U.D. v. INDIANA DEMOCRATIC PARTY*, 93A02-1406-EX-00399 (Ind. 3/9/2014) No handicap spots at HQ, photo evidence disregarded. Flip-flop by Indiana Civil Rights Commission, 6-0 for me, then 4-0 flip for IDP.

44. *In the Matter of Andrew U. D. Straw*, 17-000-108746 (VSB Disciplinary Board). Reciprocal Discipline Because of Indiana DISMISSED: June 20, 2017

45. *Straw v. Summit Enterprises Inc. of Virginia*, VA-02000036922 (VWC), SETTLED

It should be noted that I have no criminal record anywhere, neither any misdemeanor indictments or convictions. I also helped clients get personal injury settlements from insurance companies without going to court and I helped Ukrainian asylum seekers after Russia invaded in 2014. www.andrewstraw.com

**CURRENT CASES**

- https://www.courtlistener.com/docket/70915481/11/1/straw-v-avvo-inc/
- http://vb.andrewstraw.com
- https://www.courtlistener.com/docket/69430377/straw-v-facebook/

- https://www.courtlistener.com/docket/70742846/straw-v-state-of-maine-vocational-rehabilitation/
- https://www.courtlistener.com/docket/70866352/straw-v-united-states/
- https://www.courtlistener.com/docket/70866674/straw-v-united-states/
- https://www.courtlistener.com/docket/70915481/straw-v-avvo-inc/
- https://www.courtlistener.com/docket/69430377/23/3/straw-v-facebook/
- https://www.courtlistener.com/docket/69430377/23/4/straw-v-facebook/
- https://www.courtlistener.com/docket/69430377/23/5/straw-v-facebook/

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: August 2, 2025.

    Respectfully,

    */s/ Andrew U. D. Straw*
    s/ ANDREW U. D. STRAW
    MAILING ADDRESS:
    9169 W State St #690
    Garden City, ID. 83714
    Telephone: (847) 807-5237
    andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **MOTION FOR JUDICIAL NOTICE** with the Clerk of the U.S. District Court for the Northern District of California by email on <mark>August 2, 2025</mark>.

>Respectfully submitted,
>
>*[signature]*
>
>s/ ANDREW U. D. STRAW
>MAILING ADDRESS:
>9169 W State St #690
>Garden City, ID. 83714
>Telephone: (847) 807-5237
>andrew@andrewstraw.com

**EXHIBIT LIST**

➢ **EXHIBIT 1**: CPA Letter from Philippines DOJ & Indorsement