| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | legal@avvo.com; ambikadoran@dwt.com; Andrew Straw; andrewudstraw@gmail.com |
| **Subject:** | FILING: MOTION FOR JUDICIAL NOTICE, Straw v. Avvo, Inc, 2:25-cv-00391-JAW |
| **Date:** | Saturday, August 2, 2025 12:17:29 PM |
| **Attachments:** | image.png<br>MOTION-JUDICIALNOTICE_08022025.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

FILING: MOTION FOR JUDICIAL NOTICE, *Straw v. Avvo, Inc*, 2:25-cv-00391-JAW

Dear Clerk of Court,

Please find my MOTION FOR JUDICIAL NOTICE attached to be filed into the above case.

Thank you.

Sincerely,

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.