

Republika ng Pilipinas
**KAGAWARAN NG KATARUNGAN**
*Department of Justice*
*Manila*



### Refugees and Stateless Persons Protection Unit

Reference Number: PHI-00001982

## CERTIFICATE OF PENDING APPLICATION FOR REFUGEE STATUS

This is to certify that **Mr. ANDREW STRAW** is an asylum seeker whose application for refugee status is being examined under the terms of the 1951 Convention Relating to the Status of Refugees and its 1967 Protocol. As such, he is a person of concern to the Philippine Government. Pending final determination of status by this Unit of the Department of Justice, he is entitled to protection from forcible return to a country where he can face threat to life or freedom, or violation of human rights. Any assistance given to him will be highly appreciated.

Sex : Male
Nationality : American
Date of Birth : 19 March 1969
Place of Birth: United States of America (USA)
Address : Sitio Boundary, Aniar Residence
  Mapaya III Brgy. San Jose
  Occidental Mindoro

Signature : _____

Any inquiry about this person may be referred to the Unit at telephone number (02) 8524-9315 or at email address rsppunit@doj.gov.ph.

This certification is valid until **27 January 2026**.

Issued this 28th day of July 2025 in Manila, Philippines.

**DENNIS ARVIN L. CHAN**
*Chief State Counsel and*
*Head, DOJ-RSPPU*



Department of Justice
Refugees and Stateless Persons
Protection Unit




Republika ng Pilipinas
**KAGAWARAN NG KATARUNGAN**
*Department of Justice*
Manila

### REFUGEES AND STATELESS PERSONS PROTECTION UNIT

**1st Indorsement**
28 July 2025

Respectfully referred to Commissioner Atty. **JOEL ANTHONY M. VIADO**, Bureau of Immigration, Manila, for appropriate action, the within request of **Mr. ANDREW STRAW** (DPOB: 19 March 1969/USA), an American national and Asylum Seeker, **requesting for his tourist visa extension, Without Order to Leave, and if possible, waiver of immigration fees and penalties,** subject to applicable laws existing immigration rules and regulations and pursuant to Executive Order No. 163, series of 2022.

Assistance to asylum seekers/refugees is an obligation of the Philippine Government under the 1951 Convention relating to the Status of Refugees and its 1967 Protocol to which the Philippines is a State Party.

Advice on the action taken, direct to the writer, copy furnished this Department, will be highly appreciated.

For the Secretary of Justice:

**DENNIS ARVIN L. CHAN**
*Chief State Counsel and
Head, DOJ-RSPPU*

Department of Justice
Refugees and Stateless Persons
Protection Unit

Encl.: As stated.

Copy furnished:

**Mr. ANDREW STRAW**