| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | legal@avvo.com; ambikadoran@dwt.com; andrewudstraw@gmail.com; Andrew Straw |
| **Subject:** | Re: FILING: MOTION FOR JUDICIAL NOTICE, Straw v. Avvo, Inc, 2:25-cv-00391-JAW |
| **Date:** | Sunday, August 3, 2025 12:52:30 AM |
| **Attachments:** | image.png<br>Ex1 - CPA & Ind.BI.Andrew Straw.2025.pdf |

**CAUTION - EXTERNAL:**

Exhibit 1 didn't attach to go with the motion for judicial notice. I attach it now.

See below.

Sincerely,

*[signature: Andrew U. D. Straw]*

Andrew U. D. Straw

**HOME (PH)**

Sitio Boundary

Brgy Mapaya III

San Jose

Occidental Mindoro 5101

The Philippines

(63) 956-892-6403 (Cell)

andrew@andrewstraw.com

**USA MAILING ADDRESS**

9169 W. State ST, STE 690

Garden City, ID 83714-1733

Mobile Phone: (847) 807-5237

andrew@andrewstraw.com

http://www.andrewstraw.com

---

**From:** Andrew Straw <andrew@andrewstraw.com>
**Sent:** Sunday, August 3, 2025 12:17:18 AM
**To:** MED_Joint ECF Inbox <MaineECFIntake@med.uscourts.gov>

**Cc:** legal@avvo.com <legal@avvo.com>; ambikadoran@dwt.com <ambikadoran@dwt.com>; Andrew Straw <andrew@andrewstraw.com>; andrewudstraw@gmail.com <andrewudstraw@gmail.com>
**Subject:** FILING: MOTION FOR JUDICIAL NOTICE, Straw v. Avvo, Inc, 2:25-cv-00391-JAW

FILING: MOTION FOR JUDICIAL NOTICE, *Straw v. Avvo, Inc*, 2:25-cv-00391-JAW

Dear Clerk of Court,

Please find my MOTION FOR JUDICIAL NOTICE attached to be filed into the above case.

Thank you.

Sincerely,

*/s/ Andrew U. D. Straw*

ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution

==when opening attachments or clicking on links.==