IN THE

# United States District Court
# for Maine

| ANDREW U. D. STRAW, | ) | Case No.: 2:25-cv-00391-JAW |
|---|---|---|
| *Plaintiff,* | ) | |
| | ) | Hon. <u>John A. Woodcock Jr.</u> |
| v. | ) | Judge Presiding |
| | ) | |
| AVVO, INC., | ) | Hon. <u>Karen Frink Wolf</u> |
| *Defendant.* | ) | Magistrate Judge Presiding |

## MOTION TO TAKE JUDICIAL NOTICE OF AVVO'S SIGNIFICANT SETTLEMENT OF A CLASS ACTION LAWSUIT FOUNDED ON BREACH OF CONTRACT

I, plaintiff ANDREW U. D. STRAW, make the following MOTION:

### FACTS

1. It may help the Court to understand past practices and patterns of Avvo regarding contracts.

2. I incorporate by reference the herewith attached **Exhibit 1**, a fully executed class action settlement agreement from 2023 to resolve what included "breach of contract" claims asserted against Avvo by an entire class of individuals, its own employees.

3. The amount agreed to be paid in that state court case settlement was $78,750.

4. Instead of rushing to label me as a frivolous filer, which is not true, it is far more relevant to understand that Avvo has a history regarding contracts and

that history needs to be noted just like my past positively resolved litigations and claims.

5. I found the signed and countersigned agreement that is Exhibit 1 on this website:

6. https://www.rekhiwolk.com/wp-content/uploads/2023/08/2023.06.08-Fully-Executed-Settlement-Agreement-Avvo.pdf

WHEREFORE, I MOVE the Court to take judicial notice of **Exhibit 1**.

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: August 3, 2025.

Respectfully,

*/s/ Andrew U. D. Straw/*

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **MOTION FOR JUDICIAL NOTICE** and **1 EXHIBIT** with the Clerk of the U.S. District Court for Maine by email on **August 3, 2025**. Please note that past certificates of service may have mistakenly referenced a California court when of course this Court is in Maine. Those were simply typos from using a template certificate of service.

Respectfully submitted,

*[signature: Andrew U. D. Straw]*

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

### EXHIBIT LIST

- **EXHIBIT 1**: Fully Executed 2023 Avvo Settlement for Contract Breach, inter alia, and to resolve a class action in Seattle.