| | |
|---|---|
| From: | Andrew Straw |
| To: | MED_Joint ECF Inbox; legal@avvo.com; ambikadoran@dwt.com |
| Cc: | Andrew Straw; andrewudstraw@gmail.com |
| Subject: | FILING: JUDICIAL NOTICE AND EXHIBIT 1: RE: Straw v. Avvo, Inc., 2:25-cv-391-JAW-KFW (D.Me.) |
| Date: | Sunday, August 3, 2025 4:10:33 AM |
| Attachments: | image.png<br>MOTION-JUDNOT-Settlement_08032025.pdf<br>Ex1 - 2023.06.08-Settlement-Contract-Avvo.pdf |
| Importance: | High |

**CAUTION - EXTERNAL:**

RE: *Straw v. Avvo, Inc.*, 2:25-cv-391-JAW-KFW (D.Me.)

Dear Clerk of Court,

Please file my MOTION and EXHIBIT 1 into the above case.

Free online docket for this case can be found here:

https://www.courtlistener.com/docket/70915481/straw-v-avvo-inc/

STRAW v. AVVO INC, 2:25-cv-00391 - CourtListener.com

Docket for STRAW v. AVVO INC, 2:25-cv-00391 — Brought to you by Free Law Project, a non-profit dedicated to creating high quality open legal information.

www.courtlistener.com

Thank you.

Sincerely,

*Andrew U. D. Straw*

ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro

The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.