IN THE
# United States District Court
# for Maine

| ANDREW U. D. STRAW, | ) | Case No.: 2:25-cv-00391-JAW |
| *Plaintiff,* | ) | |
| | ) | Hon. <u>John A. Woodcock Jr.</u> |
| v. | ) | Judge Presiding |
| | ) | |
| AVVO, INC., | ) | Hon. <u>Karen Frink Wolf</u> |
| *Defendant.* | ) | Magistrate Judge Presiding |

## MOTION FOR SERVICE

I, plaintiff ANDREW U. D. STRAW, make the following MOTION to serve defendant:

## FACTS

1. The Court has graciously granted me *in forma pauperis* status for this case.

2. While the Magistrate Judge has recommended dismissal, I believe my RESPONSE was sufficient to rebut the issues with **diversity** (either find the connection between me and Illinois or Maine adequate or that I am still in a U.S. territory when I am in Philippines as a matter of law, topic of my other lawsuit) and ***res judicata*** (contract breach was never adjudicated anywhere else).

3. Given I believe *IFP* with those issued resolved merits service under FRCP Rule 4(c)(3) and 28 U.S.C. § 1915(d) and given Avvo has not responded to my email requesting waiver of service, which I sent over a week ago on **July 25, 2025**, to legal@avvo.com and ambikadoran@dwt.com, I now make this MOTION for service of summons and COMPLAINT.

1

WHEREFORE, I respectfully MOVE the Court to serve defendant **Avvo Inc.** at the following USA address:

>    Avvo, Inc,
>    720 Olive Wy #1400
>    Seattle, WA 98101

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: August 3, 2025.

>    Respectfully,
>
>    */s/ Andrew U. D. Straw/*
>    s/ ANDREW U. D. STRAW
>    MAILING ADDRESS:
>    9169 W State St #690
>    Garden City, ID. 83714
>    Telephone: (847) 807-5237
>    andrew@andrewstraw.com

# CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **MOTION FOR COURT SERVICE** with the Clerk of the U.S. District Court for Maine by email on August 3, 2025.

>Respectfully submitted,
>
>s/ ANDREW U. D. STRAW
>MAILING ADDRESS:
>9169 W State St #690
>Garden City, ID. 83714
>Telephone: (847) 807-5237
>andrew@andrewstraw.com