| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox |
| **Cc:** | legal@avvo.com; ambikadoran@dwt.com; Andrew Straw; andrewudstraw@gmail.com |
| **Subject:** | FILING: MOTION FOR COURT SERVICE. Straw v. Avvo, Inc., 2:25-cv-00391-JAW-KFW (D.Me.) |
| **Date:** | Monday, August 4, 2025 12:47:32 AM |
| **Attachments:** | image.png<br>MOTION-SERVICE_08042025.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

RE: FILING: MOTION FOR COURT SERVICE. *Straw v. Avvo, Inc.*, 2:25-cv-00391-JAW-KFW (D.Me.)

Dear Clerk of Court,

Please file my attached MOTION FOR COURT SERVICE in the above referenced lawsuit docket.

Thank you.

Sincerely,

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW

**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.