IN THE

United States District Court
for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, ) | Case No.: | 2:25-cv-00391-JAW |
| *Plaintiff,* ) | | |
| ) | Hon. <u>John A. Woodcock Jr.</u> | |
| v. ) | Judge Presiding | |
| ) | | |
| AVVO, INC., ) | Hon. <u>Karen Frink Wolf</u> | |
| *Defendant.* ) | Magistrate Judge Presiding | |

### AFFIDAVIT RE "FRIVOLOUS"

I, plaintiff ANDREW U. D. STRAW, make the following AFFIDAVIT to provide 2 letters from a retired lawyer and a U.S. Supreme Court admitted lawyer to rebut the implication that I abuse any court or this one with my filings:

### FACTS

1. I have mentioned retired lawyer and property expert **Douglas Bernacchi** and his testimony about me under oath. It appears in the *Straw v. LinkedIn* case at **Dkt. 22-22**:

2. https://www.courtlistener.com/docket/66619947/22/22/straw-v-linkedin-corp/

3. Bernacchi also wrote a recommendation letter to help me obtain a graduate school scholarship from the United Breast Cancer Foundation in 2024. I was awarded that small scholarship, so it is relevant my standing to consider what Mr. Bernacchi said about me. **Exhibit 1** is his letter to the Foundation.

1

4. Further, a U.S. Supreme Court admitted attorney also wrote a letter that helped me obtain this scholarship. Her name is <mark>Marie Henry</mark> and I include her letter as **Exhibit 2**.

5. Just so it is not just me making commentary as a lone voice in the wilderness, but also these two individuals, whose opinions the court should notice when considering my history of court actions, since that history was **raised against me** in the **dismissal recommendation** with significant **warnings** to me.

WHEREFORE, I so depose and make this affidavit with 2 supporting letters.

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: <mark>August 6, 2025</mark>.

        Respectfully,

        *[signature: Andrew U. D. Straw]*

        s/ ANDREW U. D. STRAW
        MAILING ADDRESS:
        9169 W State St #690
        Garden City, ID. 83714
        Telephone: (847) 807-5237
        andrew@andrewstraw.com

CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **AFFIDAVIT** and **2 EXHIBITS** with the Clerk of the U.S. District Court for Maine by email on August 6, 2025.

Respectfully submitted,

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

**EXHIBIT LIST**

- **EXHIBIT 1**: Letter of Douglas Bernacchi
- **EXHIBIT 2**: Letter of Marie Henry

3