DOUG ALLEN BERNACCHI, BSFS, MBA, JD
174 Middlesex Road
Darien, CT 06820
(574) 210-4688
dbernacchi@gmail.com and dbern0041@mail.ct.edu

Lauren DelGandio
Programs Administrator
United Breast Cancer Foundation
programs@ubcf.org
p. 877-822-4287 Ext. 715
f.  877-822-4287

June 30, 2024

Dear United Breast Cancer Foundation:

As a Georgetown, Notre Dame, and Loyola University of Chicago graduate, I am an author, retired lawyer residing outside NYC, and expert on property valuation and property law.  I am originally from Indiana also, and I have known Andrew Straw for decades.  I know of his activities, accomplishments, struggles/challenges, and his injustices.  I consider him a friend, very professional, a strong person, and a knowledgeable resource.

I strongly support Andrew Straw's application for a scholarship based on his mother's breast cancer death that happened because Andrew was born at Camp LeJeune during the toxic water time and both he and his mother were injured by the U.S. Marine Corps and U.S. Navy.

I have known Andrew for years and he has a reputation for enforcing civil rights and acting as a whistleblower at great risk to himself. His CV shows his efforts: www.andrewstraw.com

Law license suspensions were wrongly imposed on him as direct retaliation for his civil rights work. I supported him in defending himself and demanding compensation for his licenses. Andrew did NOT violate any ethical law by pushing for stronger enforcement of the ADA.

You can read my statement under oath regarding this in a federal court case: *Straw v. LinkedIn*, 5:22-cv-7718-EJD (N.D. Cal. 2023) (Dkt. 22-22)

    https://storage.courtlistener.com/recap/gov.uscourts.cand.404880/gov.uscourts.cand.404880.22.22.pdf

The Virginia State Bar agrees with me. In a 5-judge panel ORDER, VSB held that Andrew was not suspended reciprocally in Virginia because **he did not violate any ethical rule** by using the federal courts and pushing for expanded disability rights, losing without any sanction in those federal courts. I said the federal courts were wrong, not Andrew.

    https://storage.courtlistener.com/recap/gov.uscourts.cand.404880/gov.uscourts.cand.404880.22.21.pdf

The Indiana Supreme Court thought highly of Andrew when it hired him, then attacked him repeatedly for having disabilities. This was his glowing hiring letter from 2000:

    https://storage.courtlistener.com/recap/gov.uscourts.cand.404880/gov.uscourts.cand.404880.22.44.pdf

Andrew is known as an advocate for disability rights and the Illinois Court of Appeals called him **"a public figure who works on disability rights issues."** Andrew fought for businesses in his Illinois village to have handicap spaces in their parking lots when 150 of those required spaces were missing. This is the link to the Illinois Court of Appeals

ORDER:

> https://www.illinoiscourts.gov/Resources/64fcb39e-0c9a-4941-bf18-df6491c857f3/1143094_R23.pdf

Andrew has fought for worker rights against sexual harassment at the South Bend Housing Authority in Indiana and he appeared on TV, ABC 57, to explain his clients' positions:

> https://www.youtube.com/watch?v=HJZyHJYCRMg

Andrew invented a statewide and national protection order database when he worked for the Indiana Supreme Court, and this has protected thousands of people who are domestic violence victims.

Andrew's own mother as a teenager was a victim of a violent ex-boyfriend who held a gun to her head when she broke up with him.

This is the system the Indiana Supreme Court created with a federal grant 5 years after Andrew's idea was a national finalist:

> https://www.in.gov/courts/admin/tech/protection-order/

Former Indiana Supreme Court Justice Frank Sullivan gave Andrew permission to present his idea in the White House, Harvard, and Council for Excellence contest in 2001. This is his national final 8 status badge:

> https://storage.courtlistener.com/recap/gov.uscourts.cand.404880/gov.uscourts.cand.404880.22.45.pdf

Justice Sullivan also acknowledged Andrew's severe car accident when a reckless driver hit Andrew head on as he drove to the Indiana Supreme Court to work one morning. The Judicial Technology

Automation Committee welcomed Andrew back to work in 2001 with Andrew's broken legs, pelvis, and skull.

Andrew Straw's character as a lawyer and advocate is impeccable and his willingness to challenge the powerful in favor of the oppressed is admirable and exceedingly rare in my experience.

Quite simply, Andrew deserves it. Please grant him the breast cancer scholarship for his Peace and Reconciliation Master's degree at University of Maine.

Sincerely yours,

**/s/Doug Bernacchi**