**MARIE HENRY, JD, MSCC, SCLA, AIC**
P.O. Box 953521 ▪ Lake Mary, FL 327795 ▪ 407-900-7621▪ libertyjustice2012@gmail.com

---

Lauren DelGandio
Programs Administrator
United Breast Cancer Foundation
programs@ubcf.org
p. 877-822-4287 Ext. 715
f.  877-822-4287

July 5, 2024

Dear United Breast Cancer Foundation:

    My name is Marie Henry, I am an attorney and counselor of law. I have been a member, in good standing, of the United States Supreme Court bar, for over a decade.

    I write to strongly recommend Andrew U. D. Straw for a scholarship based on his mother's tragic breast cancer death which is linked to her time at Camp LeJeune Marine base in Jacksonville, North Carolina. The United States government has publicly acknowledged that water contamination at Camp Lejeune has affected countless veterans and their families. Based on statistical evidence released by the government, over one million veterans,  civilians, and their families could have been exposed to toxic chemicals, in the drinking water, at Camp Lejeune, resulting in cancer, neurological disorders, birth defects, and other serious health issues.

Mr. Straw's heightened sensitivity to injuries caused by the government is easily discerned from his personal experiences and the death of his mother from cancer.  He also suffers disabilities because he was born at Camp LeJeune during the time, volatile organic compounds (VOCs) contaminated the drinking water, as well as 9/11 exposure, and a car accident, on his way to work, at the Indiana Supreme Court in 2001.

    Mr. Straw is a well-known advocate for disability rights, recognized by the American Bar Association (ABA) in a "Spotlight" in 2014. His profile still exists on the ABA website:

https://www.americanbar.org/groups/diversity/disabilityrights/initiatives_awards/spotlight/straw_a/

    As an advocate for justice, he has suggested changes to the admission and bar rules in the various U.S. states to allow disabled people to be lawyers.  He would be an ideal candidate to study Peace and Reconciliation at the graduate level at University of Maine—a course of study focused on peace, justice, human rights, nonviolence, tolerance, global understanding, interdependence and mutuality, and environmental responsibility.

1

It is critical for disabled people that there be disabled lawyers, like Mr. Straw. This is true of any civil rights group, including based on race, gender, religion, or any other protected category.

Women were once banned from practicing law when married, but this changed in the 1800s due to a persistent female lawyer.

https://www.supremecourt.gov/visiting/exhibitions/LadyLawyers/section1.aspx

The first woman to be admitted to the U.S. Supreme Court bar was Belva Lockwood in 1879, over 100 years after American Independence.

https://en.wikipedia.org/wiki/Belva_Ann_Lockwood

Mr. Straw is a leader in this civil rights movement and it is likely that any court rule using disability, as a restriction, to practice law, will be overturned with time, due to the application of the ADA, Title II, to state courts, which are not immune due to *Tennessee v. Lane*, 541 U.S. 509 (2004).

Mr. Straw is currently suing the United States to overturn the certiorari system as violative of the First Amendment constitutional right of every American to have meaningful access to the United States Supreme Court and get a merits decision rather than a denial without an actual decision, functioning as a *de facto* affirmance of the lower court. *Straw v. U.S.*, 23-16039 (9th Cir. 2024).

If Mr. Straw is successful, it will be the biggest procedural change to court access at the United States Supreme Court, in the 99 years, since the Judges Act of 1925 was passed. Succeeding on this suit, is consistent with the Peace and Reconciliation graduate level program at University of Maine. It would mean the Supreme Court going from 47 decisions in 2022 to over 7,000 per year, given how often certiorari is denied.

Mr. Straw's character is reflected in his advocacy and I admire it. I hope you will agree and grant the scholarship so he may study Peace and Reconciliation at the graduate level at the University of Maine.

Sincerely,

/s/ Marie Henry