| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox; legal@avvo.com; ambikadoran@dwt.com |
| **Cc:** | Andrew Straw; andrewudstraw@gmail.com |
| **Subject:** | FILING: AFFIDAVIT & 2 EXHIBITS. Straw v. Avvo, Inc., 2:25-cv-00391-JAW-KFW (D.Me.) |
| **Date:** | Wednesday, August 6, 2025 3:35:08 AM |
| **Attachments:** | AFFIDAVIT_Bernacchi_Henry_08062025.pdf |
| | Ex1 - Douglas Bernacchi Letter.pdf |
| | Ex2 - MARIE HENRY_Letter.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

RE: FILING: **AFFIDAVIT** & **2 EXHIBITS**
*Straw v. Avvo, Inc.,* 2:25-cv-00391-JAW-KFW (D.Me.)

Dear Clerk of Court,

Please find the attached AFFIDAVIT and 2 EXHIBITS for filing into the above case's docket.

Thank you.

Sincerely,



ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

Case 2:25-cv-00391-JAW   Document 20-3   Filed 08/06/25   Page 2 of 2   PageID #: 191