IN THE

# United States District Court
# for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.:   2:25-cv-00391-JAW |
| *Plaintiff,* | ) | |
| | ) | Hon. <u>John A. Woodcock Jr.</u> |
| v. | ) | Judge Presiding |
| | ) | |
| AVVO, INC., | ) | Hon. <u>Karen Frink Wolf</u> |
| *Defendant.* | ) | Magistrate Judge Presiding |

### AFFIDAVIT II RE "FRIVOLOUS"

I, plaintiff ANDREW U. D. STRAW, make the following AFFIDAVIT to provide 4 Google Gemini AI analyses to rebut that my filings are "fantastical" or "confusing" or that my legal reasoning is "nonsense," which is how my former employer came at me when it <u>used frivolous in an abusive manner</u>, to take away my law license for 8.5 years without good cause, just judge irritation at my existence. Instead, quite the opposite is true. I am a **civil rights leader**[1] and **adjudicated public figure**[2] who works on **"disability rights issues."** I am a reformer[3] of our legal and judicial systems and should have honor and respect for those roles instead of the ignominy slapped across my persona by an unappreciative former employer of mine who cannot stand that I would be a national figure <mark>opposed to their discrimination</mark>, which I am also. To wit:

---

[1] https://web.facebook.com/groups/ChildrenofCampLeJeune

https://web.facebook.com/DisabilityParty/

[2] https://www.illinoiscourts.gov/Resources/64fcb39e-0c9a-4941-bf18-df6491c857f3/1143094_R23.pdf

[3] https://www.americanbar.org/groups/diversity/disabilityrights/initiatives_awards/spotlight/straw_a/

1

# FACTS

1. This whole "frivolous" business started with me making an ADA complaint about **the disability discrimination of my former employer**. *Straw v. LinkedIn*, **Dkt. 22-5**, with retaliation shortly thereafter, **Dkt. 22-6**.

2. https://www.courtlistener.com/docket/66619947/22/5/straw-v-linkedin-corp/

3. https://www.courtlistener.com/docket/66619947/22/6/straw-v-linkedin-corp/

4. After long delays and procedural errors, the **ADA coordinator's** disciplinary complaint resulted in my suspension, now lasting 8.5 years on my Indiana law license (23378-53), which was earned while working for the former Chief Justice of Indiana and serving 400+ state courts at the same time as the Court's Statistical Analyst. *In re Straw*, 68 N.E.3d 1070 (Ind. 2/14/2017).



5.

6. https://www.courtlistener.com/docket/66619947/22/20/straw-v-linkedin-corp/

7. The real nonsense was Indiana retaliating against me. It chose 4 cases in which I was right, was acting on ==*principle*== with facts and law to support my lawsuits. My expert said I was right, not the federal judges who denied me without good cause. *Straw v. LinkedIn*, **Dkt. 22-22**:

8. https://www.courtlistener.com/docket/66619947/22/22/straw-v-linkedin-corp/

9. Four federal lawsuits in which I was NOT sanctioned were the reason for my Indiana state law license suspension. Courts often do this toward people who are not favored, when there is some nettle under the skin that prevents that person having a fair trial in that court. The tone and fakeness of the suspension are not evidence of my filing anything frivolous, but instead the bias and hatred of my former employer, galled at *my righteous complaints about them*. The Midwest is like that for me and those outside who toss around the word frivolous relying on those lies are doing so to ratify the abuses of Indiana.

10. I'll let Gemini AI from Google explain the **principles** behind the 4 cases. In one, I was acting as a national leader in disability reform of law schools, but I was suspended with my former employer misrepresenting the case and saying it was frivolous as an armchair quarterback even when my federal judge <u>**did not use that word at all**</u>. As you can see, AI found my arguments to be absolutely compelling as a matter of national reform. We need more disabled lawyers, not less because states like Indiana compare being disabled with being a drug addict or alcoholic. Indiana does that: http://ban.andrewstraw.com

11. Instead of separate exhibits, I provide the 4 URL links so the Court can simply view these **AI analyses of my principles** in the 4 cases **Indiana called frivolous**.

**GEMINI GOOGLE AI:**

12. ABA & 50 law schools: https://g.co/gemini/share/3626fa452503

13. Kloecker: https://g.co/gemini/share/22745f2f196f

14. Rutherford: https://g.co/gemini/share/b1b7e90f645d

15. Sconiers: https://g.co/gemini/share/fa9efacc5b79

16. I was my law school dean's research assistant and if you need a character reference or evidence that I am not some crackpot but instead a law reform leader, *creative* rather than *abusive*, I would suggest reading what Dean Alfred C. Aman Jr. said about me many times before I was corporate counsel to the Virginia billionaire and then worked for the Chief Justice of Indiana and the Indiana State Court Administrator. *Straw v. LinkedIn*, **Dkt. 22-35**:

17. https://www.courtlistener.com/docket/66619947/22/35/straw-v-linkedin-corp/

18. Fighting over cases *I should have won* (Bernacchi affidavit, *Straw v. LinkedIn*, Dkt. 22-22) that Indiana described as frivolous or worse has been extremely draining. Such abuse is something with my background, no one should ever have done to me. Indiana and a number of federal courts seriously *owe me* for this and all the mess I had to wade through asking for justice that never came. Courts pass around "frivolous" labels as a kind of ==judge gossip==.

19. Again, when I said the truth to the Supreme Court of the United States, Indiana was shocked into silence:

4

20. https://www.supremecourt.gov/DocketPDF/17/17-8005/37965/20180307105844473_00000007.pdf

21. https://www.supremecourt.gov/DocketPDF/17/17-8005/42075/20180403125725368_SCOUT%20Waiver%2017-8005.pdf

22. I can tell this Court that it is an agonizing feeling to have courts renounce their own integrity by abusing me when I never deserve it and I have EARNED far better than a life of poverty and **baseless accusations of frivolous**. **Frivolous accusations of frivolous, if the word must be used at all**.

23. I want it to stop and never start again. That's why I want a new law from Congress severely restricting use of that term under any but the most stringent conditions. No more "frivolous" this and that as *dicta* without any formal Rule 11 sanction or due process failures leaving someone like me, a law reform leader, sanctioned for 8.5 years by an abuser that should be sanctioned itself.

24. *Straw v. Facebook*, **Dkt. 24-1**:

    https://www.courtlistener.com/docket/69430377/24/1/straw-v-facebook/

25. I suffer DARVO from abusive courts that turn truth and dignity upside down to injure me.

26. https://www.medicalnewstoday.com/articles/what-is-darvo

27. That systemic engine needs to be broken down and the faulty parts replaced, like Indiana's highest court. That silo of injustice and discrimination needs replacement, badly. That's why I campaigned against Rush's retention vote in

2024. I called it "NO RUSH 2024." www.lorettarush.com now has a list of apologies I drafted for those who violated me.

WHEREFORE, I so depose and make this affidavit with the 4 URLs for the Court to peruse and notice when assessing whether my arguments are frivolous or just **new and provocative** and done to establish principles and precedents that need to happen but have not yet. Law reform is never frivolous. There is no ethics rule requiring someone to be conservative or even backwards in their thinking. But that's exactly what Indiana does. My former employer thinks frivolous is any new idea that they didn't invent, like I invented their protective order database in 2001. "Frivolous" is mudslinging from under a black robe. I don't apologize for my blunt tone because I am an abuse victim and I want justice. I was literally the kid at the back of the bus who was targeted by all the big bullies back there. I know how that feels, to be beaten day after day and I am sick and tired of it. I don't care if the bully violator wears a heavy metal shirt or a black robe, abuse is abuse and it needs to stop.

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: August 6, 2025.

Respectfully,

*s/ Andrew U. D. Straw*

s/ ANDREW U. D. STRAW
MAILING ADDRESS:
9169 W State St #690
Garden City, ID. 83714
Telephone: (847) 807-5237
andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **AFFIDAVIT** with the Clerk of the U.S. District Court for Maine by email on **August 6, 2025**.

                Respectfully submitted,

                s/ ANDREW U. D. STRAW
                MAILING ADDRESS:
                9169 W State St #690
                Garden City, ID. 83714
                Telephone: (847) 807-5237
                andrew@andrewstraw.com

➢