UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ANDREW U. D. STRAW,           )
                              )
        Plaintiff,            )
                              )
v.                            )   CIVIL NO. 2:25-cv-00391-JAW
                              )
AVVO Inc.,                    )
                              )
        Defendant,            )

JUDGMENT OF DISMISSAL

In accordance with the Order On Recommended Decision and Objection entered by U.S. District Judge, John A. Woodcock, Jr. on August 7, 2025,

JUDGMENT of Dismissal is hereby entered.

ERIC M. STORMS
ACTING CLERK

By:   /s/ Michelle Thibodeau
      Deputy Clerk

Dated: August 8, 2025