IN THE
# United States District Court
# for Maine

| | | |
|---|---|---|
| ANDREW U. D. STRAW, | ) | Case No.: 2:25-cv-00391-JAW |
| *Plaintiff*, | ) | |
| | ) | Hon. <u>John A. Woodcock Jr.</u> |
| v. | ) | Judge Presiding |
| | ) | |
| AVVO, INC., | ) | Hon. <u>Karen Frink Wolf</u> |
| *Defendant*. | ) | Magistrate Judge Presiding |

## NOTICE OF APPEAL

I, plaintiff ANDREW U. D. STRAW, make the following NOTICE:

1. I hereby make my NOTICE OF APPEAL to the First Circuit U.S. Court of Appeals to determine the correctness of the factual findings and application of 28 U.S.C. Section 1332 (==stateless==) and the ==*res judicata*== holding. I will also ask the Court of Appeals to overturn the motion refusals given that was part of this dismissal.

2. Because the Court is being abusive in my view in stating that my appeal is in bad faith, I will ask the Court of Appeals to grant me *In Forma Pauperis* <u>as it has the power to do</u> regardless of the opinion entered here, which makes improper legal arguments against First Circuit precedent. FRAP Rule 24(a). I will make that motion to the First Circuit once a case number has been assigned. I expect there to be 4 appeals from this Court given the tone of the Magistrate Judge and the presiding judge. This will be the first.

WHEREFORE, I make this NOTICE OF APPEAL.

1

I, *plaintiff* Andrew U. D. Straw, verify that the above factual contentions and statements are true and correct to the best of my knowledge, information, and belief, on penalty of perjury. Signed: ==August 8, 2025==.

    Respectfully,

    */s/ Andrew U. D. Straw*

    s/ ANDREW U. D. STRAW
    MAILING ADDRESS:
    9169 W State St #690, Garden City, ID. 83714
    Telephone: (847) 807-5237
    andrew@andrewstraw.com

## CERTIFICATE OF SERVICE

I, Andrew U. D. Straw, certify that I filed the above **NOTICE OF NO APPEAL** with the Clerk of the U.S. District Court for Maine by email on **August 8, 2025**.

        Respectfully submitted,

        */s/ Andrew U. D. Straw/*

        s/ ANDREW U. D. STRAW
        MAILING ADDRESS:
        9169 W State St #690
        Garden City, ID. 83714
        Telephone: (847) 807-5237
        andrew@andrewstraw.com