| | |
|---|---|
| **From:** | Andrew Straw |
| **To:** | MED_Joint ECF Inbox; legal@avvo.com; ambikadoran@dwt.com |
| **Cc:** | Andrew Straw; andrewudstraw@gmail.com |
| **Subject:** | FILING: NOTICE OF APPEAL. Straw v. Avvo, Inc., 2:25-cv-00391-JAW-KFW (D. Me 2025) |
| **Date:** | Friday, August 8, 2025 1:14:27 AM |
| **Attachments:** | image.png<br>NOTICE-APPEAL_08082025.pdf |
| **Importance:** | High |

**CAUTION - EXTERNAL:**

FILING: **NOTICE OF APPEAL**
*Straw v. Avvo, Inc.*, 2:25-cv-00391-JAW-KFW (D. Me 2025)

Dear Clerk of Court,

Please file my NOTICE OF APPEAL, attached, into the case docket of this case.

Thank you.

Sincerely,

*[signature: Andrew U. D. Straw]*

ANDREW U. D. STRAW
**PHILIPPINES ADDRESS**
Sitio Boundary, Aniar Residence
Mapaya III Brgy.
San Jose 5101
Occidental Mindoro
The Philippines
Mobile Phone: (63) 956-892-6403
andrew@andrewstraw.com
http://www.andrewstraw.com

**USA MAILING ADDRESS**
9169 W. State ST, STE 690
Garden City, ID 83714-1733
Mobile Phone: (847) 807-5237
andrew@andrewstraw.com
http://www.andrewstraw.com

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.