# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

# APPEAL COVER SHEET

| D.C. # 2:25-cv-00391-JAW | C.C.A. # |
|---|---|
| CASE TITLE: STRAW v. AVVO, INC ||
| Name of Counsel for Appellant(s): | ANDREW U D STRAW, PRO SE |
| Name of Counsel for Appellee(s): | N/A |
| Name of Judge: | JUDGE JOHN A. WOODCOCK, JR |
| Court Reporter(s) & Dates: | |
| Transcript Ordered? | ☐ Yes  ☒ No |
| Court Appointed Counsel? | ☐ Yes  ☒ No |
| Fee Paid? | ☐ Yes  ☒ No |
| In Forma Pauperis? | ☒ Yes  ☐ No |
| Motions Pending? | ☐ Yes  ☒ No |
| Guidelines Case? | ☐ Yes  ☒ No |
| Related Case on Appeal? | ☐ Yes  ☒ No |
| C. C. A. # (if available) | |
| Date of Last Appeal | |
| Special Comments: | |