UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

ANDREW U D STRAW                    )
                                    )
v.                                  )   CIVIL NO.  2:25-cv-00391-JAW
                                    )
AVVO INC                            )

# CLERK'S CIVIL CERTIFICATE

I, Eric M. Storms, Acting Clerk of the United States District Court for the District of

Maine, hereby certify that the following are hereby electronically transmitted to the First

Circuit Court of Appeals and constitute the Abbreviated record on appeal:

Documents Numbered:     26      Appeal Cover Sheet
                        27      Clerk's Certificate
                        25      Notice of Appeal
                        24      Judgment

I hereby certify that the record and docket sheet available through ECF to be the

certified record and docket entries. All non-electronic documents of record have been

forwarded this date with a copy of this Certificate.

Non-Electronic Documents: n/a

Dated *August 8, 2025.*

ERIC M. STORMS, Acting Clerk

By:    /s/ Jessica Mahon
       Case Manager